UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIAN MOON, | ) | No. CV 18-1558 SVW (FFM) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WILLIAM MUNIZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 31, 2019

STEPHEN V. WILSON
United States District Judge